UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CARLOS ALBERTO RAMIREZ LOPEZ,
JORJE BOLIVAR REA RIVERA,
ISMAEL RAMIREZ LOPEZ, and
SEGUNDO REA, Individually and on
Behalf of All Others Similarly Situated,

                     **Plaintiffs,**                **18-CV-08544 (SN)**

            -against-                                **ORDER**

UNI NYC LLC d/b/a TRE OTTO, LAUREN
Y. CANGIANO and LOUIS S.
CANGIANO, JR., Jointly and Severally,

                     **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       This Fair Labor Standards Act case was referred to me by the Honorable Paul G. Gardephe on August 29, 2019. ECF No. 40. Counsel for the parties submitted their proposed settlement agreement on May 20, 2019. ECF No. 38. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                                               _____
                                                                      SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:    October 23, 2019
               New York, New York